# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 12, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160034(71)(73)(76)(77)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ROBIN RICK MANNING,
    Defendant-Appellant.
_____/

SC: 160034
COA: 345268
Saginaw CC: 84-000570-FC

On order of the Chief Justice, the separate motions of Marty B. Miller, Charles L. Smiles, and Joseph Richmond to file briefs amicus curiae and to waive fees are GRANTED. The amicus briefs submitted by those individuals are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2020



Clerk